# United States Bankruptcy Court
## District of Nevada

Case No. <u>07–50853–gwz</u>
Chapter 7

In re: (Name of Debtor)
   MARKUS W. FRICK
   P.O. BOX 20099
   RENO, NV 89515

Social Security No.:
   xxx–xx–9947

# FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☑    MARKUS W. FRICK

IT IS ORDERED THAT CRAIG WYOSNICK is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/3/13                                BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court